IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

HY CITE CORPORATION,

        Plaintiff,

v.

                              Case No. 09-cv-595

RANDY SPENCER,

        Defendant.

## ENTRY OF DEFAULT

Plaintiff requests that the Clerk of Court enter default against defendant Randy Spencer pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear plead or otherwise defend, the default of defendant Randy Spencer is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 27 day of October, 2009.

By: _____, Chief Deputy Clerk
PETER OPPENEER
Clerk of Court