IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

HY CITE CORPORATION,

    Plaintiff,

v.

                              Case No. 09-CV-595

RANDY SPENCER,

    Defendant.

## ORDER FOR DEFAULT JUDGMENT

This matter having come before the Court on Plaintiff's Motion for Default Judgment (the "Motion"), on November 18, 2009, and the Court having considered the Motion, the supporting papers submitted and the record, and being otherwise fully advised in the premises, it is **HEREBY ORDERED THAT:**

    1.    Plaintiff Hy Cite Corporation's ("Plaintiff") Motion for Default Judgment is **GRANTED**;

    2.    Judgment is to be entered in favor of Plaintiff and against Defendant Randy Spencer ("Defendant") establishing liability for the counts alleged in Plaintiff's Complaint;

    3.    Monetary damages are awarded to Plaintiff and against Defendant in the amount of $269,367.84, based on evidence of record;

    4.    This judgment shall accrue interest, compounded annually, pursuant to 28 U.S.C. § 1961.

5. This is a final and appealable order entering a final judgment against Defendant and in favor of the Plaintiff and there is no just reason to delay enforcement or appeal of this order; and

6. The Clerk of Court is directed to enter Judgment immediately.

**IT IS SO ORDERED.**

Dated this 18th day of November, 2009.

BY THE COURT:

_Barbara B. Crabb_
The Honorable Barbara B. Crabb