IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HY CITE CORPORATION,

    Plaintiff,

v.

RANDY SPENCER,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-595-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff against defendant in the amount of $269,367.84 with interest, compounded annually, pursuant to 28 U.S.C. § 1961.

_____    _____
Peter Oppeneer, Clerk of Court                     11/19/09
                                                    Date